# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | Plaintiff, ) | |
| vs. | ) | Case No. 4:11-cr-00142-FJG-1 |
| Donald Eugene Riley, | ) | |
| | Defendant. ) | |

## ORDER

Pending before the Court is defendant's motion for determination of competency filed October 27, 2011 (Doc. #22). On February 28, 2012, Chief Magistrate Judge Robert E. Larsen held a hearing regarding defendant's mental competency, at which time the parties stipulated to the forensic evaluation of the psychologist.

Chief Magistrate Judge Larsen issued a report and recommendation (Doc. #30), filed March 28, 2012, finding defendant competent to stand trial and to assist in his defense. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is competent to stand trial and to assist in his defense.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: April 13, 2012
Kansas City, Missouri